UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-23818-CIV-SINGHAL

DENNY YARIEL BARCACIO MENA

      Petitioner,

v.

DHS/ICE,

      Respondent.

_____/

**ORDER**

**THIS CAUSE** is before the Court on its *sua sponte* review of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (the "**Petition**"). (DE [1]). As the Supreme Court held in *Rumsfeld v. Padilla*, 542 U.S. 426, 435–42 (2004), a habeas petitioner must sue his immediate custodian. Here, however, Petitioner has named only "DHS/ICE," but not his immediate custodian. *See id.* at 435 (explaining that a petitioner's immediate custodian is "'the person' with the ability to produce the prisoner's body before the habeas court."). Consequently, while the Court denies the Petition, it does so without prejudice so that Petitioner may attempt to name the correct respondent. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Petition (DE [1]) is **DENIED WITHOUT PREJUDICE**. Should Petitioner wish to file an amended petition, he must do so by **June 16, 2026**. Otherwise, the Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** all pending motions

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of June 2026.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE